**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial and
Service Workers International Union, AFL-CIO/
CLC, and its Local No. 2660,

   Plaintiff,         Civil No. 08-875 (RHK/RLE)

vs.             **DISQUALIFICATION AND**
              **ORDER FOR REASSIGNMENT**

United States Steel Corporation, a
Delaware corporation,

   Defendant.

  The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

  **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

  **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  March 27, 2008

              s/Richard H. Kyle
              RICHARD H. KYLE
              United States District Judge