UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FIFTH DIVISION

United Steel, Paper and Forestry,
Rubber, Manufacturing, Energy,
Allied Industrial and Service Workers
International Union, AFL-CIO/CLC,
and its Local No. 2660,

        Plaintiffs,

v.

United States Steel Corporation, a
Delaware corporation,

        Defendant.

Case No.08-cv-875 (MJD/RLE)

**ORDER ON PLAINTIFFS' MOTION FOR DECLARATORY JUDGMENT AND PRELIMINARY INJUNCTION**

    Plaintiffs moved this Court for a Declaratory Judgment and Preliminary Injunction Pending Arbitration of a Labor Dispute.  The parties appeared before this Court at 9:00 a.m., April 23, 2008, on Plaintiffs' Motion.  Both parties seek prompt resolution of the labor disputes underlying Plaintiffs' Motion.

    NOW, THEREFORE, IT IS ORDERED:

    1.    The hearing of Plaintiffs' Motion is continued;

    2.    The parties advised the Court that they have confirmed a date of June 3 and 4, 2008, before a single arbitrator of The Board of Arbitration of the United Steelworkers and United States Steel Corporation ("Board of Arbitration") for the arbitration of the grievances filed by Plaintiffs on behalf of Matthew J. Siekkinen, Tracy A. Vrendenburg, Andrew W. Gregg, James A. Arthurs, and Frank D. Finken;

-2-

3. The parties shall use their best efforts to obtain an earlier date for the arbitration hearing for the grievances filed by Plaintiffs if possible;

4. If not previously resolved by mutual agreement or otherwise, the parties shall arbitrate the grievances filed by Plaintiffs before a single arbitrator of the Board of Arbitration no later than June 3 and 4, 2008;

5. In the event of a hearing before the Board of Arbitration, the parties agree to make a joint request to the Board to issue decisions on these grievances no later than thirty (30) days after conclusion of the arbitration hearing, in accordance with the parties' collective bargaining agreement, the Basic Labor Agreement, Art. 5, §I, ¶8(a)(6); and

6. The parties shall provide the Court with a status report to be filed no later than noon on August 4, 2008.

BY THE COURT:

Dated: April 30, 2008.                    s / Michael J. Davis
                                          United States District Court